UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

08 CIV. 7585

                  Plaintiffs,             Index No.:

**RULE 7.1**

        -against-                                **JUDGE KARAS**

COLORTECH MAINTENANCE GROUP INC.,

                  Defendant.
------------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification or recusal, the

undersigned attorney of record for plaintiff certifies that the following are corporate parents,

subsidiaries, or affiliates of that party.


     None


Dated: August 18, 2008

                                         Dana L. Henke, Esq. (DLH3025)